No. — – —. SCOTT *v.* OHIO. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. D–1369. IN RE DISBARMENT OF WOODARD. Disbarment entered. [For earlier order herein, see 510 U. S. 1106.]

No. D–1388. IN RE DISBARMENT OF KLEIN. It is ordered that Lee J. Klein, of Lansing, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–8531. IN RE RENTSCHLER. Petition for writ of habeas corpus denied.

No. 93–1364. IN RE SCROGGY, WARDEN, ET AL. Petition for writ of mandamus denied.

No. 93–7927. KYLES *v.* WHITLEY, WARDEN. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 93–154. HERITAGE CAPITAL CORP. ET AL. *v.* DELOITTE, HASKINS & SELLS. C. A. 4th Cir. Certiorari denied.

No. 93–1015. CARDWELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–1024. AMERADA HESS CORP. ET AL. *v.* OWENS-CORNING FIBERGLAS CORP. Sup. Ct. Ala. Certiorari denied.